| B 104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

| PLAINTIFFS Derek Kofi Jackson | DEFENDANTS The Education Resources Institute, Brooklyn Law School and Sallie Mae |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.) Pro Se | ATTORNEYS (If Known) Not Known |
|---|---|

**PARTY** (Check one box only)  ☑ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Seeking injunctive relief in adversary proceeding to discharge students loans.

APR 10 200

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☑ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)  ☑ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23

| DEMAND $ | OTHER RELIEF SOUGHT injunctive relief | ☐ JURY DEMAND Check only if demanded in complaint |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR Sallie Mae, TERI, Brooklyn Law | BANKRUPTCY CASE NO. |
|---|---|

| DISTRICT IN WHICH CASE IS PENDING Southern | DIVISIONAL OFFICE District | NAME OF JUDGE |
|---|---|---|

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF Derek Jackson | DEFENDANT Sallie Mae, Teri, Brooklyn Law | ADVERSARY PROCEEDING NO. |
|---|---|---|

| DISTRICT Southern | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|

| FILING FEE (Check one box only.) | ☐ FEE ATTACHED | ☑ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|

| DATE April 2 2006 | PRINT NAME DEREK JACKSON | SIGNATURE OF ATTORNEY (OR PLAINTIFF) Derek K. Jackson |
|---|---|---|