**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                                                Chapter 7

In re:

Derek Kofi Jackson                          Case No. 05-15085 (PCB)
                Debtor
------------------------------------X

Derek Kofi Jackson,
                Plaintiff

    -against-

The Education Resources Institute,    Adv. Pro. No. 06-01433
Brooklyn Law School, Sallie Mae and
Educational Credit Management Corp.

                Defendants
------------------------------------X

## **CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, June 22, 2009 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

Memorandum Decision signed on 8/9/2007, Granting Discharge of Debtor's Student Loans.